UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Robb L. Simpson                : Chapter 13

     and

  Maggie Simpson                : Bky. No. 14-19394-amc

     Debtor(s)

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

### Application for Compensation and Reimbursement of Expenses

Lawrence S. Rubin, attorney for the debtor hereby applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on

3. The debtor's annualized current monthly income as set forth on Form B22C is:

  _X__ above median (the amount on line 15 is not less than the amount on line 16)

  __ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $3,500.00 for 10 hours expended in providing the following services: Initial consultation; review of debtors records; drafting of schedules; review of schedules with debtor; general guidance; review of claims docket; plan amendment when required; assistance and management of creditors; telephone inquiries; representation at meeting of creditors; defense against motion for relief, objection to claim proceedings, motion to reconsider a case dismissal and hearing thereon and subsequent

services..

  6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: postage to serve creditors.

  7. The debtor paid Applicant $2,897.00 prior to the filing of the petition.

  8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

  9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

  WHEREFORE, Applicant requests an award of 3,500.00 in compensation and $0.00 in reimbursement of actual, necessary expenses.

           s/Lawrence S. Rubin, Esquire
           Lawrence S. Rubin, Esquire
           Attorney for Debtor
           337 West State Street
           Media, PA 19063
           Phone No: (610) 565-6660
           Fax No: (610) 565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com