United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robb L Simpson
Maggie Simpson
    Debtors

Case No. 14-19394-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Mar 29, 2017
                          Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13474349       E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:18     Synchrony Bank,
          c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor   LoanDepot.com agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor   Loan Depot, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union cbrennan@klehr.com
        JEFFREY KURTZMAN    on behalf of Creditor   Franklin Mint Federal Credit Union Kurtzman@kurtzmansteady.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   LoanDepot.com bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LAWRENCE S. RUBIN    on behalf of Joint Debtor Maggie  Simpson echo@pennlawyer.com, foxtrot@pennlawyer.com
        LAWRENCE S. RUBIN    on behalf of Debtor Robb L Simpson echo@pennlawyer.com, foxtrot@pennlawyer.com
        THOMAS I. PULEO    on behalf of Creditor   Loan Depot, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                       TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-19394-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Robb L Simpson
5 Concord Creek Rd
Glen Mills PA 19342

Maggie Simpson
5 Concord Creek Rd
Glen Mills PA 19342

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/31/17

Tim McGrath
**CLERK OF THE COURT**