# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| ROBB L. SIMPSON and MAGGIE SIMPSON, | Case No. 14-19394 (AMC) |
| Debtors | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, effective immediately, the service and principal mailing address for creditor Franklin Mint Federal Credit Union has changed to the following:

Franklin Mint Federal Credit Union
5 Hillman Drive, Suite 100
Chadds Ford, PA 19317

Respectfully submitted:

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By: /s/ Corinne Samler Brennan
CORINNE SAMLER BRENNAN
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393
Email: cbrennan@klehr.com

Dated: June 28, 2017

PHIL1 6307775v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ROBB L. SIMPSON and | : | Case No. 14-19394 (AMC) |
| MAGGIE SIMPSON, | : | |
| | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE FOR THE
## NOTICE OF CHANGE OF ADDRESS

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the Notice of Change of Address to be served upon all parties entitled to receive notice via the CM/ECF System of the Court on the day this Notice of Change of Address was filed.

Respectfully submitted:

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By:  /s/ *Corinne Samler Brennan*
CORINNE SAMLER BRENNAN
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393
Email: cbrennan@klehr.com