Certificate Number: 01721-PAE-DE-033209318

Bankruptcy Case Number: 14-19394



01721-PAE-DE-033209318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2019, at 3:54 o'clock PM EDT, Robb Simpson completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 5, 2019            By: /s/Sarah Chechak

                                Name: Sarah Chechak

                                Title: Counseling

Certificate Number: 01721-PAE-DE-033209330

Bankruptcy Case Number: 14-19394



01721-PAE-DE-033209330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2019, at 3:54 o'clock PM EDT, Maggie Simpson completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 5, 2019               By:    /s/Sarah Chechak

                                     Name:  Sarah Chechak

                                     Title: Counseling