United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-19394-amc
Robb L Simpson                                                      Chapter 13
Maggie Simpson
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW               Page 1 of 2                  Date Rcvd: Apr 16, 2020
                               Form ID: 138NEW              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +Robb L Simpson,    Maggie Simpson,    5 Concord Creek Rd,    Glen Mills, PA 19342-1269
13513928        AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
13431815       +Aes/ufsb Spv,    Po Box 2461,    Harrisburg, PA 17105-2461
13431816       +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13518351       +Atlantic Credit & Finance Special Finance,    Unit, LLC Successor in interest to,
                 CITIBANK N.A.,c/o Weltman,,    Weinberg & Reis, 325 Chestnut Street,,
                 Ste  501, Philadelphia, PA 19106-2614
13431820       +Citibank,    701 E 60th St N,    Sioux Falls, SD 57104-0493
13431819       +Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
13431822       +EZ Loans,    28273 Dupont Blvd,    Millsboro, DE 19966-4747
13941471       +Franklin Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13431823       +Franklin Mint Fcu Il,    1974 Sproul Rd Ste 300,    Broomall, PA 19008-3402
13443562       +Franklin Mint Federal Credit Union,    c/o JEFFREY KURTZMAN,    c/o CORINNE SAMLER BRENNAN,
                 1835 Market Street, Suite 1400,    Philadelphia, PA 19103-2945
13431826       +Loan Till Pay,    101 N Maryland Ave,    Wilmington, DE 19804-1335
13518176       +LoanDepot, LLC.,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13431828        National Financial LLC dba Loan Till Pay,    1935 W 4th Street,    Claymont, de 19703
13431829       +Pressler & Pressler LLp,    7 Entin Rd,    Parsippany, NJ 07054-5020
13452847       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13431830       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13479260        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:04:56
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13431814       +E-mail/Text: bnc@advanceamerica.net Apr 17 2020 05:00:19     Advance America DE,
                 333 Namans Road,    Claymont , DE 19703-2804
13431817        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:04:50     Capital 1 Bank,
                 Po Box 85520,    Richmond, VA 23285
13440331        E-mail/Text: mrdiscen@discover.com Apr 17 2020 04:59:24     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13431821       +E-mail/Text: mrdiscen@discover.com Apr 17 2020 04:59:24     Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
13431824       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:26     GECRB/American Eagle,
                 Po Box 965005,    Orlando, FL 32896-5005
13431825       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:04:42     GECRB/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
13431818        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 05:04:47     Chase,    Po Box 15298,
                 Wilmington, DE 19850
13494952        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:20
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13446214        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13474349        E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:27     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13449990        E-mail/Text: bankruptcy@td.com Apr 17 2020 05:00:19     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
13431831        E-mail/Text: bankruptcy@td.com Apr 17 2020 05:00:19     Td Banknorth Mortgage,    32 Chestnut St,
                 Lewiston, ME 04240
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13431827       Loandepo.co
13431846       Loandepo.co
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13431833*     +Advance America DE,    333 Namans Road,    Claymont , DE 19703-2804
13431834*     +Aes/ufsb Spv,    Po Box 2461,    Harrisburg, PA 17105-2461
13431835*     +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13431836*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital 1 Bank,     Po Box 85520,    Richmond, VA 23285)
13431839*     +Citibank,    701 E 60th St N,    Sioux Falls, SD 57104-0493
13431838*     +Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
13431840*     +Discover Fin Svcs Llc,    Po Box15316,    Wilmington, DE 19850-5316
13431841*     +EZ Loans,    28273 Dupont Blvd,    Millsboro, DE 19966-4747
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2            Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW             Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
13431842*        +Franklin Mint Fcu Il,    1974 Sproul Rd Ste 300,     Broomall, PA 19008-3402
13431843*        +GECRB/American Eagle,     Po Box 965005,    Orlando, FL 32896-5005
13431844*        +GECRB/Lowes,    Po Box 956005,     Orlando, FL 32896-0001
13431837*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,     700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase,     Po Box 15298,    Wilmington, DE 19850)
13431845*        +Loan Till Pay,    101 N Maryland Ave,     Wilmington, DE 19804-1335
13431847*         National Financial LLC dba Loan Till Pay,      1935 W 4th Street,    Claymont, de 19703
13890242*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,      PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,      PO Box 41067,
                   Norfolk, VA 23541)
13431848*        +Pressler & Pressler LLp,     7 Entin Rd,    Parsippany, NJ 07054-5020
13431850*       ++TD BANKNORTH NA,    70 GRAY ROAD,     FALMOUTH ME 04105-2299
                 (address filed with court: Td Banknorth Mortgage,      32 Chestnut St,    Lewiston, ME 04240)
13431849*        +Td Bank Usa/targetcred,     Po Box 673,    Minneapolis, MN 55440-0673
                                                                                               TOTALS: 2, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    LoanDepot.com agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Loan Depot, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    swenitsky@klehr.com
              JEFFREY KURTZMAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               Kurtzman@kurtzmansteady.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LoanDepot.com bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Loan Depot, LLC bkgroup@kmllawgroup.com
              LAWRENCE S. RUBIN    on behalf of Debtor Robb L Simpson echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Maggie  Simpson echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Loan Depot, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Loan Depot, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Loan Depot, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robb L Simpson and Maggie Simpson
       Debtor(s)                                                Bankruptcy No: 14–19394–amc
                                                                             Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                             900 Market Street
                                                 Suite 400
                                              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                          For The Court
                                                                                     Timothy B. McGrath
                                                                                      Clerk of Court

Dated: 4/16/20

                                                                                                                                      51 – 50
                                                                                                                                 Form 138_new