United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robb L Simpson
Maggie Simpson
    Debtors

Case No. 14-19394-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Apr 16, 2020
Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
db/jdb    +Robb L Simpson,   Maggie Simpson,   5 Concord Creek Rd,   Glen Mills, PA 19342-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
    ANDREW F GORNALL   on behalf of Creditor   LoanDepot.com agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    BRIAN CRAIG NICHOLAS   on behalf of Creditor   Loan Depot, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    CORINNE SAMLER BRENNAN   on behalf of Creditor   Franklin Mint Federal Credit Union cbrennan@klehr.com, swenitsky@klehr.com
    JEFFREY KURTZMAN   on behalf of Creditor   Franklin Mint Federal Credit Union Kurtzman@kurtzmansteady.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   LoanDepot.com bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD   on behalf of Creditor   Loan Depot, LLC bkgroup@kmllawgroup.com
    LAWRENCE S. RUBIN   on behalf of Debtor Robb L Simpson echo@pennlawyer.com, foxtrot@pennlawyer.com
    LAWRENCE S. RUBIN   on behalf of Joint Debtor Maggie  Simpson echo@pennlawyer.com, foxtrot@pennlawyer.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   Loan Depot, LLC bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ   on behalf of Creditor   Loan Depot, LLC bkgroup@kmllawgroup.com
    THOMAS I. PULEO   on behalf of Creditor   Loan Depot, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                      Chapter: 13

    Robb L Simpson and Maggie Simpson

Debtor(s)                                                                            Case No: 14−19394−amc

___

*ORDER*

    AND NOW, 4/16/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court