United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Robb L Simpson   
Maggie Simpson   
    Debtors

Case No. 14-19394-amc   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: ChrissyW  Page 1 of 1  Date Rcvd: Jun 04, 2020   
                      Form ID: 195  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db/jdb         +Robb L Simpson,   Maggie Simpson,   5 Concord Creek Rd,   Glen Mills, PA 19342-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    LoanDepot.com agornall@kmllawgroup.com, bkgroup@kmllawgroup.com   
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Loan Depot, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com   
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union cbrennan@klehr.com, swenitsky@klehr.com   
      JEFFREY KURTZMAN    on behalf of Creditor    Franklin Mint Federal Credit Union Kurtzman@kurtzmansteady.com   
      JOSHUA I. GOLDMAN    on behalf of Creditor    LoanDepot.com Josh.Goldman@padgettlawgroup.com   
      KEVIN G. MCDONALD    on behalf of Creditor    Loan Depot, LLC bkgroup@kmllawgroup.com   
      LAWRENCE S. RUBIN    on behalf of Debtor Robb L Simpson echo@pennlawyer.com, foxtrot@pennlawyer.com   
      LAWRENCE S. RUBIN    on behalf of Joint Debtor Maggie  Simpson echo@pennlawyer.com, foxtrot@pennlawyer.com   
      MATTEO SAMUEL WEINER    on behalf of Creditor    Loan Depot, LLC bkgroup@kmllawgroup.com   
      REBECCA ANN SOLARZ    on behalf of Creditor    Loan Depot, LLC bkgroup@kmllawgroup.com   
      THOMAS I. PULEO    on behalf of Creditor    Loan Depot, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com   
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov   
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com   
                                                                                   TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Robb L Simpson and Maggie Simpson  : Case No. 14–19394–amc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , June 4,2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

59
Form 195